The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of CECCANTI, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | Case No. 3:22-cv-05103-BHS<br><br>STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DATES<br><br>**NOTE ON MOTION CALENDAR:**<br>**WEDNESDAY, DECEMBER 21, 2022** |

## I. <u>STIPULATED MOTION</u>

Plaintiff and Defendant (collectively, the "**Parties**"), by and through their respective counsel, stipulate and respectfully request the Court grant an extension of the discovery and dispositive motions deadline in this matter as set forth in the Court's Order Setting Jury Trial and Pretrial Dates (ECF 13).

Specifically, the Parties request the Court extend these deadlines as follows:

| **Event** | **Current Date** | **Proposed Revision** |
|---|---|---|
| Discovery completed by | January 3, 2023 | January 31, 2023 |
| All dispositive motions must be filed by | February 1, 2023 | February 15, 2023 |

STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DATES
[NO. 3:22-cv-05103-BHS] - 1

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

90574142v.2

Good cause exists to grant this limited request to modify certain dates in the Scheduling Order. The Parties recently engaged in Alternative Dispute Resolution and continue to work to see if they can resolve this matter without further litigation. *See, e.g., Rollins v. Traylor Bros Inc.*, 2017 WL 2215778, *2 (W.D. Wash. 2017) (Finding good cause to continue trial to allow the parties to complete discovery and to facilitate potential settlement negotiations). A brief extension of the discovery and dispositive motions deadlines will allow the Parties additional time to see if they can resolve their dispute while limiting the attorneys' fees and costs incurred in litigation. The Parties do not request to move any other dates—including the trial date—at this time.

DATED: December 22, 2022

| | |
|---|---|
| ASHBAUGH BEAL, LLP | SEYFARTH SHAW LLP |
| By: *s/ Richard H. Skalbania* <br> Richard H. Skalbania, WSBA #17316 <br> rskalbania@ashbaughbeal.com <br> James Grossman, WSBA #55843 <br> jgrossman@ashbaughbeal.com <br> 701 5th Avenue, Suite 4400 <br> Seattle, WA 98104 | By: *s/ Ashley J. Sherwood* <br> Ashley J. Sherwood, WSBA # 46885 <br> asherwood@seyfarth.com <br> Ryan M. Gilchrist, WSBA # 50629 <br> rgilchrist@seyfarth.com <br> 999 Third Avenue, Suite 4700 <br> Seattle, WA 98104 |
| *Attorneys for Plaintiff Ceccanti, Inc.* | *Attorneys for Defendant Hartford Fire Insurance Company* |

## II. ORDER

IT IS SO ORDERED.

DATED this 22nd day of December, 2022.

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DATES
[NO. 3:22-cv-05103-BHS] - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

90574142v.2

1  Presented by:

2

3  ASHBAUGH BEAL, LLP                          SEYFARTH SHAW LLP

4  By: *s/ Richard H. Skalbania*                By: *s/ Ashley J. Sherwood*
       Richard H. Skalbania, WSBA #17316            Ashley J. Sherwood, WSBA # 46885
5      rskalbania@ashbaughbeal.com                  asherwood@seyfarth.com
       James Grossman, WSBA #55843                  Ryan M. Gilchrist, WSBA # 50629
6      jgrossman@ashbaughbeal.com                   rgilchrist@seyfarth.com
       701 5th Avenue, Suite 4400                   999 Third Avenue, Suite 4700
7      Seattle, WA 98104                            Seattle, WA 98104

8   *Attorneys for Plaintiff Ceccanti, Inc.*      *Attorneys for Defendant Hartford Fire
9                                                 Insurance Company*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DATES
[NO. 3:22-cv-05103-BHS] - 3

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

90574142v.2

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff:**

Richard H. Skalbania, WSBA No. 17316
James Grossman, WSBA No. 55843
Ashbaugh Beal LLP
701 5th Avenue, Suite 4400
Seattle, Washington 98104
Email:  rskalbania@ashbaughbeal.com
Email:  jgrossman@ashbaughbeal.com
Email:  sthomas@ashbaughbeal.com

DATED this 21st day of December, 2022.

        *s/ Paul B. Mora*
Paul B. Mora, Legal Assistant
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104
(206) 946-4910
Email:  pmora@seyfarth.com

STIPULATED MOTION TO EXTEND CERTAIN PRE-TRIAL DATES
[NO. 3:22-cv-05103-BHS] - 4

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

90574142v.2