The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of CECCANTI, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | Case No. 3:22-cv-05103-BHS<br><br>STIPULATED MOTION TO STAY ACTION<br><br>**NOTE ON MOTION CALENDAR:<br>WEDNESDAY, FEBRUARY 1, 2023** |

## I. STIPULATED MOTION

Plaintiff Ceccanti, Inc. ("**Ceccanti**") and Defendant Hartford Fire Insurance Company ("**Hartford**") (collectively, the "**Parties**"), by and through their respective counsel, stipulate and respectfully request the Court enter an order staying this action.

Ceccanti and the general contractor for the project at issue in this action, Doyon Project Services, LLC ("**Doyon**"), have agreed to present and pursue Ceccanti's claim against the owner of the project, the U.S. Navy. As such, the Parties agree it is most economical for the action to be stayed in the interim, and propose that the Parties submit a joint status report to the Court on or before September 29, 2023.

A proposed order for the Court's review and signature is stated below.

STIPULATED MOTION TO STAY ACTION
[NO. 3:22-cv-05103-BHS] - 1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

DATED: February 2, 2023

| ASHBAUGH BEAL, LLP | SEYFARTH SHAW LLP |
|---|---|
| By: *s/ Richard H. Skalbania*<br>    Richard H. Skalbania, WSBA #17316<br>    rskalbania@ashbaughbeal.com<br>    James Grossman, WSBA #55843<br>    jgrossman@ashbaughbeal.com<br>    701 5th Avenue, Suite 4400<br>    Seattle, WA 98104 | By: *s/ Ashley J. Sherwood*<br>    Ashley J. Sherwood, WSBA # 46885<br>    asherwood@seyfarth.com<br>    Ryan M. Gilchrist, WSBA # 50629<br>    rgilchrist@seyfarth.com<br>    999 Third Avenue, Suite 4700<br>    Seattle, WA 98104 |
| *Attorneys for Plaintiff Ceccanti, Inc.* | *Attorneys for Defendant Hartford Fire Insurance Company* |

## II.  ORDER

Based on the foregoing, IT IS SO ORDERED that this action is hereby stayed.

The Clerk of the Court shall strike the currently scheduled trial date of May 2, 2023 and all pre-trial deadlines.  The Parties shall submit a joint status report to the Court on or before September 29, 2023.

DATED this 2nd day of February, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO STAY ACTION
[NO. 3:22-cv-05103-BHS] - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

Presented by:

| | |
|---|---|
| ASHBAUGH BEAL, LLP | SEYFARTH SHAW LLP |
| By: *s/ Richard H. Skalbania* | By: *s/ Ashley J. Sherwood* |
| Richard H. Skalbania, WSBA #17316 | Ashley J. Sherwood, WSBA # 46885 |
| rskalbania@ashbaughbeal.com | asherwood@seyfarth.com |
| James Grossman, WSBA #55843 | Ryan M. Gilchrist, WSBA # 50629 |
| jgrossman@ashbaughbeal.com | rgilchrist@seyfarth.com |
| 701 5th Avenue, Suite 4400 | 999 Third Avenue, Suite 4700 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| *Attorneys for Plaintiff Ceccanti, Inc.* | *Attorneys for Defendant Hartford Fire Insurance Company* |

STIPULATED MOTION TO STAY ACTION
[NO. 3:22-cv-05103-BHS] - 3

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***Attorneys for Plaintiff*:**

Richard H. Skalbania, WSBA No. 17316
James Grossman, WSBA No. 55843
Ashbaugh Beal LLP
701 5th Avenue, Suite 4400
Seattle, Washington 98104
Email:  rskalbania@ashbaughbeal.com
Email:  jgrossman@ashbaughbeal.com
Email:  sthomas@ashbaughbeal.com

DATED this 1st day of February, 2023.

    *s/ Paul B. Mora*
Paul B. Mora, Legal Assistant
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104
(206) 946-4910
Email:  pmora@seyfarth.com

STIPULATED MOTION TO STAY ACTION
[NO. 3:22-cv-05103-BHS] - 4

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910